**BELLAMY, RUTENBERG, COPELAND,
EPPS, GRAVELY & BOWERS, P.A.**
ATTORNEYS AT LAW
1000 29TH AVENUE NORTH
P.O. Box 357
MYRTLE BEACH, SOUTH CAROLINA 29578
TELEPHONE (843) 448-2400
TELECOPIER (843) 448-3022

HOWELL V. BELLAMY, JR.
JOHN K. RUTENBERG
JOHN E. COPELAND
CLAUDE M. EPPS, JR.
DAVID R. GRAVELY**
EDWARD B. BOWERS, JR.,*
BRADLEY D. KING
M. EDWIN HINDS, JR.
JILL F. GRIFFITH
DAVID B. MILLER****

C. WINFIELD JOHNSON, III
DOUGLAS M. ZAYICEK
JEFFREY W. KING***
MARTIN C. DAWSEY
ROBERT S. SHELTON****
HOWELL V. BELLAMY, III
ASHLEY P. MORRISON
GEORGE W. REDMAN, III
W. JOSEPH CUNNINGHAM***
BENJAMIN A. BAROODY

*CERTIFIED SPECIALIST IN TAXATION LAW
**FELLOW OF THE AMERICAN ACADEMY OF MATRIMONIAL LAWYERS
***ALSO MEMBER OF NORTH CAROLINA BAR
****CERTIFIED MEDIATOR

*Writer's Direct Line: 843-282-5352*
*E-Mail: Mneill@BellamyLaw.com*

January 25, 2010

Judge Wooten:

Re:     Daniel T. Sacho and Maureen A. Sacho v. Winchester North Beach Towers, LLC, et al.
        Case Number: 4:09-2583-TLW

Dear Judge Wooten:

The purpose of this letter is to inform the Court that the Plaintiffs and Defendant Winchester North Beach Towers, LLC have entered into an agreement that will resolve the presently pending litigation. We are currently in the process of circulating release agreements and anticipate the filing of a Stipulation of Dismissal within the very near future. Pursuant the Conference and Scheduling Order filed December 22, 2009, the parties were required to make initial disclosures and file a Rule 26(f) Report. Given the fact that dismissal of the case is imminent, we respectfully request that the Order be stayed. If you need additional information, please let me know.

With kindest regards, I remain

Yours truly,

BELLAMY, RUTENBERG, COPELAND,
EPPS, GRAVELY & BOWERS, P.A.

David B. Miller   Federal ID #5314
Mary Anna Neill

MAN:mh
cc:   C. Clay Olson, Esq
      Daniel M. Bradley, Esq.
      John Leiter, Esq.
      Gene Connell, Esq.
      Linda Weeks Gangi, Esq.